Case 4:22-cv-00225   Document 18   Filed on 07/18/22 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAYNE THOMAS, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-0225 |
| TENAX MANAGEMENT, LP, | § § | |
| Defendant. | § § | |

## MEDIATION ORDER

The Court has determined that this case is appropriate for referral to mediation under Local Rule 16.4 and refers the case to the following mediator:

> Mr. Mitchell Katine, Esq.
> Katine Nechman McLaurin, LLP
> 1834 Southmore Boulevard
> Houston, TX 77004
> 713-808-1001 Telephone
> 713-808-1107 Fascimile
> mkatine@lawknm.com

Mediation is a mandatory but non-binding settlement conference in which the parties attempt to resolve their differences with the assistance of a third-party mediator.

Within five (5) business days after the date of this Order, all counsel must contact the mediator to arrange the details of mediation, including the setting of a date in March, 2022, on or

before March 31, 2022. The parties will complete all discovery required for mediation no later than February 28, 2022.

All proceedings in a mediation session are confidential and privileged from discovery. No subpoena, summons or discovery paper shall be served at or near the location of any mediation session upon any person entering, leaving or attending any mediation session.

Counsel and the parties shall endeavor in good faith to resolve the case through mediation. Each party who is a natural person must be present during the entire mediation. Each party that is not a natural person must be represented by a principal, partner, officer or official with authority to negotiate a settlement. <u>If one or more insurance companies must be involved in a settlement of the case, a representative from each insurance company with authority to negotiate a settlement shall be present during the mediation</u>.

The mediator and the parties will determine the fee for the mediation. The fee is to be divided and borne equally by the parties unless otherwise agreed or ordered.

All dates in the Rule 16 scheduling order, were set in contemplation of a mediation being conducted in the month of March 2022. If mediation is unsuccessful, the Court may enter an amended scheduling order upon motion filed by either party within 20 days after the conclusion of the unsuccessful mediation.

Within ten (10) days after the mediation, the mediator will file with the Clerk the memorandum required by Local Rule 16.4.K.(2). No information about the mediation, other than that required by Local Rule 16.4.K.(1), may be given to the Court by anyone.

The Clerk will enter this Order and provide a correct copy to all counsel of record and to the above-named mediator.

SIGNED at Houston, Texas, on this 18th day of July 2022.

                                                EWING WERLEIN, JR.
                                       UNITED STATES DISTRICT JUDGE